# AFFIDAVIT

I, Dustin Green, first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2020. Prior to my employment with the FBI, I had approximately eight years of local law enforcement experience, most recently with the Dallas, Texas Police Department.

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for this application and does not set forth all my knowledge about this matter.

4. On October 22, 2025, at approximately 1:51 p.m., a suspect, later identified as Weston WOMACK, robbed the US Bank, located at 221 West Gregory Boulevard, Kansas City, Missouri 64114, which is located in the Western District of Missouri.

5. Inside the bank, WOMACK approached an employee of the bank, a teller identified in this affidavit as "VT #1." VT #1 told investigators he/she knew it would be a robbery as soon as he/she saw the suspect and how he was dressed. At the teller counter, WOMACK gave VT #1 a manila envelope with a handwritten note. VT #1 was only able to read the first couple lines of the note, but advised the note covered most of the envelope. The first couple lines said

something to the effect of "stay calm" and "put the money in the envelope." Because of the note and VT #1's understanding it was a robbery, VT #1 took money out of his/her top cash drawer and put it in the envelope. WOMACK left the bank on foot with the envelope and its contents. VT #1 told investigators he/she felt nervous during the robbery and "hoped to God that he did not have a weapon." The bank reported an estimated loss of $1,235. The bank was federally insured by the Federal Deposit Insurance Corporation ("FDIC").

6. After WOMACK left, VT #1 was able to see that WOMACK walked east out of the bank doors and then ran east on the sidewalk, located on the south side of West Gregory Boulevard. VT #1 only saw a small amount of the subject's skin on his head but believed him to be a white male. It was estimated that the subject was approximately 5'10 – 5'11 in height. VT #1 advised the subject's weight was difficult to judge based on his clothing. However, VT #1 estimated the subject was approximately 160-170 pounds.

7. Bank surveillance video showed WOMACK wore a black coat with a white New Balance logo, a light-colored hooded sweatshirt underneath the coat, a black face and head covering, sunglasses, black pants, multi-colored shoes, and blue latex gloves during the robbery. The images below were obtained from bank surveillance footage and depict WOMACK near the bank and at the teller counter.

2





8. Video surveillance footage from the area of the bank revealed that after the robbery WOMACK ran east on the south side of West Gregory Boulevard, and then turned and ran south, out of view of the camera, and into the parking lot of 201 West Gregory Boulevard. Approximately 20 seconds after the subject ran into the parking lot, a red Jeep exited the parking lot and traveled east on West Gregory Boulevard.

9. Investigators reviewed exterior surveillance video from the bank and discovered that at approximately 1:32 p.m., approximately twenty minutes before the reported robbery, a red Jeep, consistent in appearance with the red Jeep observed on video following the robbery, was

3

circling the bank. The red Jeep was not displaying a license plate. The image below depicts the red Jeep at the bank prior to the robbery.



10. Investigators obtained additional surveillance video from the area that captured the red Jeep just prior to the robbery. One video captured the red Jeep, with no license plate displayed, parked behind a business at 21 West Gregory Boulevard, at approximately 1:45 p.m., just prior to the robbery. In the video, the driver's hands are visible, and it appears the driver was possibly putting on blue latex gloves. The red Jeep then exited the business parking lot, drove north on Baltimore Avenue, west on West Gregory Boulevard, and then pulled into the lot of 201 West Gregory Boulevard. The video then depicted WOMACK exiting the parking lot on foot at approximately 1:50 p.m. and walk towards the bank.

11. On October 22, 2025, at approximately 3:35 p.m., a suspect, later identified as WOMACK, robbed the UMB Bank, located at 4920 Main Street, Kansas City, Missouri 64112, which is located in the Western District of Missouri.

12. Inside the bank, WOMACK approached an employee of the bank, a teller identified in this affidavit as "VT #2." VT #2 told investigators he/she knew there would be a robbery as soon as he/she saw the suspect and how he was dressed. At the teller counter, WOMACK made

4

a verbal demand for money and gave VT #2 a manila envelope with a handwritten note. WOMACK told VT #2 to get the money as quickly as possible. Because of the note and VT #2's understanding it was a robbery, VT #2 took money out of his/her cash drawer and put it in the envelope. After obtaining the money, WOMACK fled the bank on foot. The bank reported an estimated loss of $1,761. The bank was federally insured by the FDIC.

13. Bank surveillance video captured the note on the envelope provided to VT #2 during the robbery. The note appeared to read, "Stay calm don't draw attention all bills quickly as you can be calm." A still photograph of the envelope containing the note is provided below. VT #2 told investigators he/she felt threatened by the suspect's actions. VT #2 specifically stated he/she felt threatened enough to provide the suspect with the money. Another bank employee that was at the teller counter next to VT #2 during the robbery reported feeling nervous and stressed. The employee stated he/she went into "fight" mode.



14. Investigators reviewed bank surveillance footage that depicted the suspect wearing a black coat with a white New Balance logo, a black head and face covering, sunglasses, black pants, multicolored shoes, and blue latex gloves. From the video, investigators determined the suspect was wearing clothing consistent with the suspect from the US Bank robbery that occurred less than two hours prior to this robbery. The only aspect of WOMACK's clothing that was different between the two robberies appeared to be the shirt he wore under the black coat. In the US Bank robbery, WOMACK wore a hooded sweatshirt under the coat. In the UMB Bank robbery, WOMACK wore a white shirt underneath the black coat. Still photographs from internal surveillance video depicting WOMACK in UMB Bank are provided below.



15. Surveillance video observed by investigators revealed WOMACK fled the bank on foot to the southwest through a parking lot. WOMACK then entered a vehicle and fled westbound on West 50th Street. urveillance footage also showed a red Jeep, consistent in appearance with the

one seen in the area of the previous robbery, traveled westbound on West 50th Street, near Wyandotte Street after this robbery.

16.     On October 23, 2025, at approximately 9:13 a.m., a subject approached the Central Bank, located at 9740 Wornall Road, Kansas City, Missouri 64114, which is located in the Western District of Missouri. The doors to the bank are secured, and customers must be buzzed in by the employees to gain access to the lobby. In the lobby, the employees have bulletproof glass between them and the customers. An employee saw the subject approach the bank lobby and granted the subject access through the doors. As the subject entered the bank, the employee realized the subject was dressed unseasonably warm for the weather. At that time, the employee gestured to the subject to remove his mask. As soon as that request was made, the subject turned around and left the bank. The subject traveled west on foot towards West 98th Street. Although the subject never said anything or showed anything to the employee, the employee felt the individual was there to rob the bank. Therefore, the employee called police to report the incident.

17.     Investigators reviewed surveillance video from the bank that revealed the subject, later identified as WOMACK, was wearing a black coat with a white New Balance emblem, a tan hooded sweatshirt underneath the coat, a black mask, black sunglasses, blue latex gloves, gray sweatpants with a Kansas City Chiefs logo on the left leg, and white/red shoes. A still photograph from the surveillance video is provided below.



18. On October 23, 2025, at approximately 10:42 a.m., while investigating the Central Bank incident, law enforcement was notified that an Automated License Plate Reader ("ALPR") captured an image of a red Jeep, with no license plate displayed, traveling northbound on Northeast Antioch Road and Northeast 56th Street in Gladstone, Missouri. The image was captured at 10:19 a.m. Investigators recognized the vehicle as consistent with the red Jeep utilized in the October 22, 2025, robberies. The ALPR still image of the red Jeep is provided below.



19. At approximately 10:25 a.m., approximately six minutes after the above ALPR image was captured, a suspect, later identified as WOMACK, robbed the Security Bank of Kansas

8

City, located at 5959 Northeast Antioch Road, Gladstone, Missouri 64119, which is located in the Western District of Missouri. The bank is located approximately half of a mile from the location where the ALPR captured the red Jeep.

20. Inside the bank, WOMACK approached an employee of the bank, a teller identified in this affidavit as "VT #3." VT #3 stated the suspect handed him/her a manila envelope with a handwritten note that possibly mentioned "no tracker." The subject said something to VT #3 that he/she could not understand but he/she knew immediately that it was a robbery. VT #3 told investigators he/she was scared and very nervous during the robbery. Because of the note and VT #3's understanding it was a robbery, VT #3 took money out of his/her cash drawer and put it into the envelope. After receiving the money, WOMACK obtained a bottle of hand sanitizer from a nearby counter and returned to VT #3's counter. WOMACK squirted the sanitizer on the counter where the robbery occurred and spread it around. Then, WOMACK left the bank on foot. The bank reported an estimated loss of $141.00. The bank was federally insured by the FDIC.

21. A review of bank surveillance footage revealed WOMACK was wearing a black coat with a white New Balance emblem, a tan hooded sweatshirt underneath the coat, a black mask, sunglasses, blue latex gloves, gray sweatpants with a Kansas City Chiefs logo on the left leg, and white/red shoes. Investigators noted this clothing was similar to the clothing worn by WOMACK in the robberies committed on October 22, 2025.



22. On October 23, 2025, at approximately 11:01 a.m., officers were dispatched to a bank robbery at the UMB Bank, located at 1800 Grand Boulevard, Kansas City, Missouri 64108, which is located in the Western District of Missouri. Officers were advised the suspect fled in a maroon vehicle and traveled eastbound on East 18th Street traveling towards Oak Street. Exterior surveillance video revealed the suspect vehicle was a red Jeep, consistent with the suspect vehicle in the prior robberies.

23. Inside the UMB Bank, the suspect, later identified as WOMACK, approached an employee of the bank, a teller identified in this affidavit as "VT #4." VT #4 reported hearing a security guard ask someone to lower their mask. That individual responded with something to the effect of "I will in a second." VT #4 then looked up and saw that individual standing in front of him/her. VT #4 reported hitting the panic alarm button as soon as he/she saw WOMACK based on his appearance.

24. VT #4 further stated WOMACK slid him/her a manila envelope with a handwritten note. VT #4 stated the note stated something similar to "Be calm, place bills in packet" in sloppy handwriting. Because of the note and VT #4's understanding it was a robbery, VT #4 took money out of his/her cash drawer and put it in the envelope. WOMACK told VT #4 twice to hurry up and

10

Case 4:25-mj-00132-WBG     Document 1-1     Filed 10/24/25     Page 10 of 14

slapped his hand on the counter while saying it. While VT #4 placed the money in the envelope, WOMACK told VT #4 that he/she was taking too long. WOMACK fled the bank on foot. The bank reported an estimated loss of $3,863. The bank was federally insured by the FDIC.

25. After the robbery, VT #4 told investigators he/she felt annoyed that the suspect chose their bank to rob and felt themselves get tense during the robbery. VT #4 also reported that he/she started shaking after the robbery was over. Investigators observed VT #4 was still visibly shaking while speaking with them.

26. A review of video surveillance from the bank showed WOMACK was wearing a black coat with a white New Balance emblem, a tan hooded sweatshirt underneath the coat, a black mask, sunglasses, blue latex gloves, gray sweatpants with a Kansas City Chiefs logo on the left leg, and white/red shoes. Still photographs taken from the video is provided below. Investigators noted these were the same clothes worn by WOMACK in the previous robbery. There was also video that revealed a red Jeep consistent with that used in the prior robberies near the UMB Bank close in time to the robbery. A still photograph from that surveillance video is provided below.





27. While investigating the robberies, investigators were notified that a red Jeep Patriot with no license plate displayed was observed near 71 Highway and East 39th Street. At approximately 11:02 a.m., members of the Kansas City, Missouri Police Department's ("KCMOPD") Tactical Unit initiated a traffic stop of the red Jeep at the intersection of East 39th Street and Paseo Boulevard in Kansas City, Missouri. The officers utilized a pin maneuver to block the red Jeep and prevent a vehicle pursuit. The driver and sole occupant of the vehicle was later identified as WOMACK. As officer conducted the traffic stop, WOMACK moved to the passenger

12

seat, exited the vehicle, and attempted to flee on foot. Officers tackled WOMACK and took him into custody.

28. WOMACK left the passenger's door of the red Jeep open when he fled on foot. Through the open door, investigators were able to observe a large amount of U.S. currency on the seat. Investigators also observed a black mask or face covering on the same seat. In the passenger floorboard, there was an apparent blue latex glove. A photograph of those items is provided below. At the time of his arrest, WOMACK was wearing a black coat with a white New Balance emblem, a tan hooded sweatshirt underneath the coat, gray sweatpants with a Kansas City Chiefs logo on the left leg, and white/red shoes. The black coat is consistent with the jacket worn in all the above-described robberies. A photograph from his arrest is provided below.



29. Based on the foregoing, there is probable cause to believe WOMACK has committed four violations of Title 18, United States Code, Section 2113(a), that is, bank robbery.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DUSTIN GREEN
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed by telephone to me on this, **24th** day of October 2025. Sworn to by telephone
12:43 PM, Oct 24, 2025

_____
HONORABLE LAJUANA COUNTS
United Stated Magistrate Judge
Western District of Missouri

