**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

                  Plaintiff,

      v.                            Case No. 25-MJ-00132-WBG (LMC)

WESTON R. WOMACK,

                  Defendant.

## MOTION FOR DETENTION

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of defendant Weston R. Womack, and states the following in support of the motion:

1.    This motion is being made at the defendant's first appearance before a judicial officer.  A Criminal Complaint has been filed charging the defendant with bank robbery, in violation of 18 U.S.C. § 2113(a).

2.    This case involves crimes of violence.  *See* 18 U.S.C. §§ 3142(f)(1)(A) and 3156(a)(4); *United States v. L.M.*, 427 F. Supp. 2d 867, 871 (N.D. Iowa 2006) (recognizing bank robbery is a crime of violence under the Bail Reform Act) (citing *United States v. Kern*, 12 F.3d 122, 126 (8th Cir. 1993)).

3.    There is clear and convincing evidence that there are no conditions which the Court could place on the defendant's release which would reasonably assure the defendant's appearance in Court and the safety of the community.  *See* 18 U.S.C. § 3142(g): (1) nature and circumstances of the offense; (2) weight of the evidence; (3) whether the defendant was on probation/parole at the time of the offense; and (4) danger to the community.  Because of this,

the United States requests that a detention hearing be held and that the defendant be detained. *See generally United States v. Sazenski*, 806 F.2d 846, 848 (8th Cir. 1986); *United States v. Warren*, 787 F.2d 1337, 1338 (8th Cir. 1986).

In this case, the defendant robbed four banks in the course of 48 hours. When law enforcement approached the defendant, he started to flee on foot before being apprehended by officers. The defendant's actions placed the community, the bank employees, and law enforcement in danger. Furthermore, the defendant has pending municipal warrants for failure to appear. He also informed agents while being transported to the courthouse that he has dual citizenship with another country.

WHEREFORE, based on the foregoing, the United States requests that the Court hold a Detention Hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendant.

Respectfully submitted,

R. Matthew Price
United States Attorney

By /s/Ashleigh A. Ragner

Ashleigh A. Ragner
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

2

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing was delivered on October 24, 2025, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

/s/Ashleigh A. Ragner
Ashleigh A. Ragner
Assistant United States Attorney

3