**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 25-mj-00132-WBG |
| | ) | |
| WESTON WOMACK, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ENTRY OF APPEARANCE

COME NOW David Bell and the firm of Wyrsch Hobbs & Mirakian, P.C., and hereby enter their appearance on behalf of the defendant, Weston Womack, in the above-referenced matter.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:    s/ David Bell
      DAVID BELL   MO #49013
      One Kansas City Place
      1200 Main Street, Suite 2110
      Kansas City, MO 64105
      Tel:   816-221-0080
      Fax:   816-221-3280
      dbell@whmlaw.net

*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th of October 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.


s/ David Bell
***Attorney for Defendant***